UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTOR SHTYLLAKU, ET AL.,

            Case No. 13-14601

    Plaintiffs,

            Paul D. Borman
            United States District Judge

v.

            Michael Hluchaniuk

U.S. STATE DEPARTMENT, ET AL.,

            United States Magistrate Judge

    Defendants.
_____/

### OPINION AND ORDER:
### (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 29); AND
### (2) GRANTING DEFENDANTS' MOTION TO DISMISS (ECF NO. 9)

     Before the Court is Magistrate Judge Michael Hluchaniuk's Report and Recommendation recommending that the Court grant Defendants' Motion to Dismiss. (ECF No. 9, Report and Recommendation). Plaintiffs did not file an objection to the Report and Recommendation.

     Having reviewed the Report and Recommendation and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 29); GRANTS Defendants' Motion to Dismiss (ECF No. 9); and DISMISSES the Complaint with PREJUDICE.

     IT IS SO ORDERED.

                     s/Paul D. Borman
                     PAUL D. BORMAN
Dated: January 30, 2015        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 30, 2015.

           s/Deborah Tofil
           Case Manager